UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 2:07-cv-875 |
| Plaintiff, | ) | |
| vs. | ) | |
| JOHN P. PLACHA, JR., | ) | |
| Defendant. | ) | |

### ORDER

AND NOW, this 22nd day of Jan, 2008, after consideration of the foregoing Motion for Voluntary Dismissal Without Prejudice filed by Plaintiff, the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED and the above-captioned action as to John P. Placha, Jr. is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE